# Court of Appeals
# of the State of Georgia

ATLANTA,  March 31, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0337.  ANTHONY P. FAILLA v. PATRICIA EUBANKS.

Defendant Anthony Failla has filed a pro se application for discretionary appeal, seeking review of the denial of his motion to (i) set aside the trial court's prior orders finding him in contempt of a consent order entered in his divorce action and awarding attorney fees to his ex-wife; (ii) dismiss the contempt proceedings, or, in the alternative, grant him a new trial; and (iii) disqualify his ex-wife's counsel.  We lack jurisdiction.

The application materials indicate that Failla's counsel filed the motion that is at issue in this application in January 2017, continued to represent Failla during a February 2017 hearing in this case, and is listed on the distribution list for the trial court order that led to this application.  The record contains no indication that Failla's counsel has been relieved of his representation in these proceedings.  Failla therefore may not attempt to represent himself, and his pro se application is a nullity.  See *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993).  Consequently, Failla's application for discretionary review is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/31/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*